# AMENDED COMPLAINT

In Forcible _____ Detention with Claim for Rent

Henry County Land Reutilization Corporation
1853 Oakwood Avenue
Napoleon, OH 43545
**Plaintiff**

Napoleon Municipal Court
Napoleon, Ohio

VS.

Douglas Pelmear
218 Thomas Lane
Napoleon, OH 43545
**Defendant**

Case No. CVG 2200091

IN FORCIBLE _____ DETENTION COMPLAINT

**EXHIBIT 1**

(1) Henry County Land Reutilization Corporation Plaintiff(s), state(s) that the Defendant Douglas Pelmear has/have ever since the 28th day of February, 2022 and do(es) still, unlawfully and forcibly detain, from the plaintiff(s) possession of the following described premises, situated in the Village of Florida and County of Henry, State of Ohio, and known as 403 Hill Street, Napoleon, OH 43545 ("the former school building")

(2) That said Defendant(s) entered upon said premises as tenant of the Plaintiff(s) under a "Lease Agreement", which expired December 31, 2010 the term of which expired at the time herein first mentioned (If a written Lease, attach a copy a Exhibit "A") and from the time first above mentioned the said defendant(s) has/have unlawfully and forcibly held over his/her/their said term.

(3) The Plaintiff would allege that the possession of the premises should be restored to the Plaintiff for the following reason(s): ① Plaintiff served Defendant with "Notice of Termination of Tenancy" pursuant to R.C. 5321.17, attached hereto as Exhibit "B" and ② Plaintiff is the owner of record of the former school building, having received title to the same by Quit Claim Deed recorded in Volume 326, Pages 4025-4026, Official Records of the Recorder of Henry County, Ohio, attached hereto as Exhibit "D".

(4) On the 25th day of February, 2022 the Plaintiff(s) duly served upon the said Defendant(s), as required by law, notice in writing to leave said premises. (A copy of the notice is attached hereto) as Exhibit "C"

**Second Cause of Action**

(5) Plaintiff(s) for the second cause of action states that the Defendant(s) is/are indebted to said Plaintiff(s) in the sum of $_____ as rent for the above named premises for the period from _____ 20__ to _____, 20__ on a rental basis of $_____ per month.

(6) Plaintiff(s) would seek additional damages against the Defendant in the amount of $_____ for the following: _____

Plaintiff(s) asks process, restitution and judgment for $_____ and costs of this action.

Dated this 5th day of December, 2022.

Katie Nelson (0086314)
Katie Nelson
~~Plaintiff~~ Attorney for Plaintiff

A

Lease agreement between Douglas Tilmear of 2611 N. Scott St Napoleon, Ohio, 43545 and Matthew Pigge of 403 Hill St, Napoleon, Ohio, 43545 leasing 2nd floor & gym of address 403 Hill St Napoleon, Ohio 43545

January 1, 03 to Dec 31, 2010

Douglas Tilmear          Matthew Pigge

1/30:
Tools & milk fast hallway & in shop –



EXHIBIT B

# NOTICE OF TERMINATION OF TENANCY
## (Thirty Day Notice)
## Ohio R.C. §5321.17

January 24, 2022

Douglas Pelmear
218 Thomas Lane
Napoleon, Ohio 43545

Dear Mr. Pelmear,

The purpose of this letter is to inform you that your lease, at 403 Hill Street, Napoleon, Ohio 43545 is being terminated in accordance with Ohio Revised Code §5321.17. You have 30 days from the above date to vacate the premises.

Your failure to vacate the premise within the aforementioned time will force me to initiate eviction proceedings in accordance with state law.

Sincerely,

Glenn Miller, President
Henry County Land Utilization Corp.
1853 Oakwood Ave,
Napoleon, Ohio 43545

 

**REQUESTING TENANT TO LEAVE PREMISES**
(Three-day Notice)
Ohio R.C. 1923.04

Date: 2/25/2022

Douglas Pelmear
218 Thomas Lane
Napoleon, Ohio 43545

Dear Mr. Pelmear,

The purpose of this letter is to ask you to LEAVE the premises now in your possession, situated in Florida, Henry County, Ohio, and known as: 403 Hill Street, Napoleon, Ohio 43545. You are being asked to LEAVE for the following reason: Your holdover tenancy was terminated by 30 day notice pursuant to the Ohio Revised Code §5321.17. Leave the premises before February 28th, 2022 to prevent any further eviction action against you.

**YOU ARE BEING ASKED TO LEAVE THE PREMISES. IF YOU DO NOT LEAVE, AN EVICTION ACTION MAY BE INITIATED AGAINST YOU. IF YOU ARE IN DOUBT REGARDING YOUR LEGAL RIGHTS AND OBLIGATIONS AS A TENANT, IT IS RECOMMENDED THAT YOU SEEK LEGAL ASSISTANCE.**

Respectfully,

Glenn Miller, President
Henry County Land Reutilization Corp.
1853 Oakwood Ave,
Napoleon, Ohio 43545

**AUDITORS OFFICE TRANSFERRED**

JAN 05 2022

*Elizabeth D. Fruchey*
HENRY COUNTY AUDITOR

**EXHIBIT D**

.59
pc

2022000040  Pages: 2
Filed for Record in HENRY County, Ohio
BRANDI BADEN, Recorder
01/05/2022 09:45 AM   Recording Fees: $0.00
COUNTY DEED  OR BK: 326  PG: 4025 - 4026

This Conveyance has been examined
and the Grantor has complied with
Section 319.202 of the Revised Code.
FEE $
EXEMPT ☒
Elizabeth Fruchey County Auditor



DESCRIPTION VERIFIED
HENRY COUNTY ENGINEER
BY: _____ DATE: 1/4/22

## QUIT CLAIM DEED

**KNOW ALL MEN BY THESE PRESENTS THAT** the Matthew Prigge, an unmarried man over the age of 21 years, (hereinafter referred to as "Grantor"), for valuable consideration paid, does hereby grant, convey, release, and forever quit claim to the Henry County Land Reutilization Corporation, an Ohio nonprofit corporation qualified as a 501(c)(3), nonprofit charitable organization (hereinafter referred to as "Grantee"), whose tax mailing address is 1853 Oakwood Avenue, Napoleon, Ohio 43545, all right, title and interest in fee simple in the real property legally described as follows:

Situated in the Township of Flatrock, Village of Florida, County of Henry and State of Ohio:

A parcel of land being part of the East Half (1/2) of the Northwest Quarter (1/4) of Section 8, Town 4 North, Range 6 East, Flatrock Township, Village of Florida, Henry County, Ohio, and which is more particularly described as follows:

Commencing at an iron pin at the point of intersection of the centerline of Hill Street and the centerline of School Street in the Village of Florida; thence North 0° 00' East on the centerline of Hill Street, one hundred twenty-one and fifty-hundredths (121.50) feet to a point and the place of beginning;---- thence North 0° 00' East on the centerline of Hill Street, three hundred twenty and fifty hundredths (320.50) feet to a railroad spike; thence North 90° 00' East, three hundred twelve and seventy hundredths (312.70) feet to an iron pin; thence South 0° 00' West, three hundred ninety-six and ten hundredths (396.10 feet to a point in the centerline of School Street; thence South 81° 39' West on the centerline of School Street, one hundred fourteen and fifty-three hundredths (114.53) feet to a point; thence North 3° 53' 28" Wes, thirty-three and ten hundredths (33.10) feet to a point on the Northerly right-of-way line of School Street; thence continuing North 3° 53' 28" West on and along an existing chain link fence, eighty-seven and forty-eight hundredths (87.48) feet to a point on the Northerly line of a parcel of land described in Volume 176, Page 206, of the Deed records of Henry County, Ohio; thence South 81° 39' West on and along the Northerly line of a parcel of land described in Volume 176, Page 206, of the Deed Records of Henry County, Ohio, one hundred ninety-three and twenty-seven hundredths (193.27) feet to a point in the centerline of Hill Street and the place of beginning, CONTAINING 2.646 acres, more or less, but subject to all legal highways and easements of record.

LESS AND EXCEPT THE FOLLOWING PARCEL:

A parcel of land being part of the East Half (1/2) of the Northwest Quarter (1/4) of Section 8, Town 4 North, Range 6 East, Flatrock Township, Village of Florida, Henry County, Ohio, and which is more particularly described as follows:

Commencing at an iron pin at the point of intersection of the centerline of Hill Street and the centerline of School Street in the Village of Florida; thence North 0° 00' East on the centerline of Hill Street, three hundred ninety-two and zero

hundredths (392.00) feet to a point and the place of beginning;---- thence North 0° 00' East on the centerline of Hill Street, fifty and zero hundredths (50.00) feet to a railroad spike; thence North 90° 00' East thirty and zero hundredths (30.00) feet to an iron pin on the Easterly right-of-way line of Hill Street; thence continuing North 90° 00' East, two hundred twenty-six and forty hundredths (226.40) feet to an iron pipe; thence South 0° 00' West, thirty-four and zero hundredths (34.00) feet to an iron pin thence South 86° 25' 45" West, two hundred twenty-six and eighty-three (226.83) feet to an iron pin on the Easterly right-of-way line of Hill Street; thence continuing South 86° 25' 45" West, thirty and seven hundredths (30.07) feet to a point in the centerline of Hill Street and the place of beginning. Said exception containing 0.247 acres of land, be the same, more or less, but subject to all legal highways.

CONTAINING after said exception 2.217 acres of land, more or less, but subject to all easements, restrictions and leases of record, zoning ordinances, and all legal highways.

Parcel No.: 11-080008.0000.
Prior Instrument: Volume 258, Page 1, Deed Records, in the Office of the Henry County Recorder, Ohio.

EXECUTED this 5 day of Jan, 2022.

_____
Matthew Prigge

STATE OF OHIO )
              ) ss:
COUNTY OF HENRY )

Be it remembered on this 5th day of Jan, 2022, before me the subscriber, a Notary Public in and for the said State of Ohio, personally came Matthew Prigge, Grantor in the foregoing instrument, and acknowledged the signing thereof to be his voluntary act and deed.

In Testimony Whereof, I have hereunto subscribed my name and affixed my official seal on the day and year aforesaid.

This Instrument Prepared by:
Michael P. Cavanaugh (0097791)
660 N. Perry Street, Suite 101
Napoleon, Ohio 43545

_____
Notary Public, State of Ohio

My Commission expires: March 10, 2026

KRISTI SCHULTHEIS
Notary Public
State of Ohio
My Comm. Expires
March 10, 2026

Doc# 2022000040

PROSECUTOR'S OFFICE
PICK UP